# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:23-cv-00180-GCM

| | |
|---|---|
| LONNIE DOUGLAS SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| CLEVELAND COUNTY MEDICAL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's letter [Doc. 16], which the Court construes as a motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Pro se Plaintiff Lonnie Douglas Simmons ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Johnston Correctional Institution in Smithfield, North Carolina. Plaintiff filed this action on July 18, 2023, pursuant to 42 U.S.C. § 1983, alleging that Defendant "Cleveland County Medical" provided constitutionally deficient medical care while Plaintiff was detained at the Cleveland County Jail in Shelby, North Carolina. [Doc. 1]. On initial review, the Court found that Plaintiff had failed to state a claim for review and allowed Plaintiff 30 days to file an amended complaint in accordance with the Court's Order. [Doc. 13]. Before the deadline to file an amended complaint expired, Plaintiff filed the pending motion for voluntary dismissal in which he states, "since I am not smart enough to fill out my paper work on my case[,] … I'm going to stop tryn to sue them [and] let God take care of it." [Doc. 16].

The Court will grant Plaintiff's motion to dismiss without prejudice under these circumstances. Fed. R. Civ. P. 41(a)(2).

## ORDER

**IT IS THEREFORE ORDERED** that Plaintiff's motion to voluntarily dismiss his Complaint [Doc. 16] is **GRANTED**.

The Clerk is respectfully instructed to terminate this action.

Signed: October 5, 2023

Graham C. Mullen
United States District Judge